# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

| | |
|---|---|
| Calvin Smith, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    4:18-cv-3317-HMH |
| Mr. Orrester, Mr. Puritis and Sheriff Al Cannon Detention Center | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed with prejudice and without issuance and service of process.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge who adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   March 4, 2019                                    *CLERK OF COURT*


                                                         s/Debbie Stokes
                                            _____
                                                *Signature of Clerk or Deputy Clerk*